STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE TENTH JUDICAL CIRCUIT
MARSHALL COUNTY ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS )
VS )  CASE NO. 2015-CF 27
)
BRODIE J BROZAK )
Defendant(s) )

FILED
CIRCUIT COURT MARSHALL COUNTY,
JUL 1 5 2015
CLERK OF THE CIRCUIT COURT

## INFORMATION

The State's Attorney of said county charges:

That on or about the 4th day of July, 2014, in said County and State, Brodie J Brozak, hereinafter called the defendant, committed the offense(s) of:

### COUNT 1

### CRIMINAL SEXUAL ASSAULT

in violation of **SECTION 11-1.20(a)(2) of ACT 5 of CHAPTER 720 of the Illinois Compiled Statutes** of said State Brodie J. Brozak, knowing that C.B.S. (a minor) was unable to understand the nature of the act, committed an act of sexual penetration, in that he placed his penis in the anus of C.B.S., at a time when the defendant knew or should have known the minor was under the influence of alcohol.

Class 1 Felony.

That on or about the 1st day of August, 2014, in said County and State, Brodie J Brozak, hereinafter called the defendant, committed the offense(s) of:

### COUNT 2

### CRIMINAL SEXUAL ASSAULT

in violation of **SECTION 11-1.20(a)(2) of ACT 5 of CHAPTER 720 of the Illinois Compiled Statutes** of said State Brodie J. Brozak, knowing that C.B.S. (a minor) was unable to understand the nature of the act, committed an act of sexual penetration, in that he placed his penis in the anus of C.B.S., at a time when the defendant knew or should have known the minor was under the influence of alcohol.

Class 1 Felony.

That on or about the 19th day of December, 2014, in said County and State, Brodie J Brozak, hereinafter called the defendant, committed the offense(s)of:

### COUNT 3

### CRIMINAL SEXUAL ASSAULT

in violation of **SECTION 11-1.20(a)(2)** of **ACT 5** of **CHAPTER 720** of the **Illinois Compiled Statutes** of said State Brodie J. Brozak, knowing that C.B.S. (a minor) was unable to understand the nature of the act, committed an act of sexual penetration, in that he placed his penis in the anus of C.B.S., at a time when the defendant knew or should have known the minor was under the influence of alcohol.

Class 1 Felony.

That on or about the 1st day of March, 2015, in said County and State, Brodie J Brozak, hereinafter called the defendant, committed the offense(s)of:

### COUNT 4

### CRIMINAL SEXUAL ASSAULT

in violation of **SECTION 11-1.20(a)(2)** of **ACT 5** of **CHAPTER 720** of the **Illinois Compiled Statutes** of said State Brodie J. Brozak, knowing that C.B.S. (a minor) was unable to understand the nature of the act, committed an act of sexual penetration, in that he placed his penis in the anus of C.B.S., at a time when the defendant knew or should have known the minor was under the influence of alcohol.

Class 1 Felony.

That on or about the 12th day of June, 2015, in said County and State, Brodie J Brozak, hereinafter called the defendant, committed the offense(s)of:

### COUNT 5

### CRIMINAL SEXUAL ASSAULT

in violation of **SECTION 11-1.20(a)(2)** of **ACT 5** of **CHAPTER 720** of the **Illinois Compiled Statutes** of said State Brodie J. Brozak, knowing that C.B.S. (a minor) was unable to understand the nature of the act, committed an act of sexual penetration, in that he placed his penis in the anus of C.B.S., at a time when the defendant knew or should have known the minor was under the influence of alcohol.

Class 1 Felony.

That on or about the 4th day of July, 2014, in said County and State, Brodie J Brozak, hereinafter called the defendant, committed the offense(s) of:

### COUNT 6

### AGGRAVATED CRIMINAL SEXUAL ABUSE

in violation of **SECTION 11-1.60(d) of ACT 5 of CHAPTER 720 of the Illinois Compiled Statutes** of said State Brodie J. Brozak, committed an act of sexual penetration with C.B.S., in that he placed his penis in the anus of C.B.S., who was at least 13 years of age but under 17 years of age, and the defendant was at least 5 years older than C.B.S., at a time when the defendant knew or should have known the minor was under the influence of alcohol.

Class 2 Felony.

That on or about the 1st day of August, 2014, in said County and State, Brodie J Brozak, hereinafter called the defendant, committed the offense(s) of:

### COUNT 7

### AGGRAVATED CRIMINAL SEXUAL ABUSE

in violation of **SECTION 11-1.60(d) of ACT 5 of CHAPTER 720 of the Illinois Compiled Statutes** of said State Brodie J. Brozak, committed an act of sexual penetration with C.B.S., in that he placed his penis in the anus of C.B.S., who was at least 13 years of age but under 17 years of age, and the defendant was at least 5 years older than C.B.S., at a time when the defendant knew or should have known the minor was under the influence of alcohol.

Class 2 Felony.

That on or about the 19th day of December, 2014, in said County and State, Brodie J Brozak, hereinafter called the defendant, committed the offense(s) of:

### COUNT 8

### AGGRAVATED CRIMINAL SEXUAL ABUSE

in violation of **SECTION 11-1.60(d) of ACT 5 of CHAPTER 720 of the Illinois Compiled Statutes** of said State Brodie J. Brozak, committed an act of sexual penetration with C.B.S., in that he placed his penis in the anus of C.B.S., who was at least 13 years of age but under 17 years of age, and the defendant was at least 5 years older than C.B.S., at a time when the defendant knew or should have known the minor was under the influence of alcohol.

Class 2 Felony.

That on or about the 1st day of March, 2015, in said County and State, Brodie J Brozak, hereinafter called the defendant, committed the offense(s)of:

## COUNT 9

### AGGRAVATED CRIMINAL SEXUAL ABUSE

in violation of **SECTION 11-1.60(d) of ACT 5 of CHAPTER 720 of the Illinois Compiled Statutes** of said State Brodie J. Brozak, committed an act of sexual penetration with C.B.S., in that he placed his penis in the anus of C.B.S., who was at least 13 years of age but under 17 years of age, and the defendant was at least 5 years older than C.B.S., at a time when the defendant knew or should have known the minor was under the influence of alcohol.

Class 2 Felony.

That on or about the 12th day of June, 2015, in said County and State, Brodie J Brozak, hereinafter called the defendant, committed the offense(s)of:

## COUNT 10

### AGGRAVATED CRIMINAL SEXUAL ABUSE

in violation of **SECTION 11-1.60(d) of ACT 5 of CHAPTER 720 of the Illinois Compiled Statutes** of said State Brodie J. Brozak, committed an act of sexual penetration with C.B.S., in that he placed his penis in the anus of C.B.S., who was at least 13 years of age but under 17 years of age, and the defendant was at least 5 years older than C.B.S., at a time when the defendant knew or should have known the minor was under the influence of alcohol.

Class 2 Felony.

_____

State's Attorney

The undersigned, being duly sworn, states that he or she has read the above Information and that it is true.

_____

Subscribed and sworn to before me this 15 day of July, 2015

M Sposito
NOTARY PUBLIC



OFFICIAL SEAL
MELISSA J SPOSITO
NOTARY PUBLIC - STATE OF ILLINOIS
My Commission Expires 01/28/2017

**IN CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT OF ILLINOIS**

☒ Marshall ☐ Putnam ☐ Stark County

People of the State of Illinois
Vs.
Brodie J. Brozek, Defendant

No. 15-CF-27

FILED
CIRCUIT COURT MARSHALL COUNTY, IL
FEB 24 2016
[signature]
CLERK OF THE CIRCUIT COURT

Check If Present:
☒ Defendant ☒ Defense Counsel ☒ State's Attorney ☒ Court Reporter S.b.

## FINAL ORDER

This cause coming on to be heard upon the sworn Complaint/Information/Indictment filed herein and the Court being fully advised in the premises finds it has jurisdiction of the defendant and the subject matter hereof and that defendant is present in open court with/has waived his/her right to counsel.

### FINDINGS

☒ 1. The Court finds the defendant's age to be __21__, and;
☐ 2. Being fully advised of his/her rights herein understandingly waives his/her right to a jury trial;
☒ 3. Enters a negotiated/~~partially negotiated/open~~ plea of guilty after being informed of the minimum and maximum possible penalties provided by law and the consequences thereof for each charge.
☐ 4. This cause coming on for trial before the jury/court, and the jury/court having considered the testimony of witnesses sworn and examined under oath in open Court and having considered the exhibits admitted into evidence and having heard the arguments of counsel.
☐ 5. Preliminary hearing held; probable cause not found;
☐ 6. Although duly notified of the time and place of hearing and Trial in Absentia, defendant fails to appear;
☒ 7. People/~~Defendant~~ move(s) to dismiss on grounds of __15-CF-27 counts 1-5__
☐ 8. Other: _____

### ORDER

☒ A. Defendant is found guilty of __Agg. Crim Sex Abuse 25 y/o older__ a class __2__ offense. (5 counts)
☒ B. Defendant stands convicted of said offense(s).
☐ C. Defendant is found not guilty/discharged, case dismissed with/without leave to reinstate on motion of People/Defendant, bond less bond costs to be applied to outstanding fines, costs, PD fees, and restitution in this case, and sums due in other cases before this Court; the balance if any, shall be refunded to defendant or assignee as designated therein; outstanding warrant quashed.

### SENTENCE/DISPOSITION

☒ D. Defendant shall pay: fine $1000 ~~(FFC)~~, costs $3655 300, PD fees $~~1000~~ and restitution $ TBD
Bond less costs ($__0__) to apply; balance due $5435 (includes PD & Prob fees). The clerk is to direct restitution to: TBD
Said balance due is to be paid through the Clerk of this Court, at the rate of not less than $20.00 per month, commencing __3/24/16__, to be paid in full by __8/24/16__ at 9:00 am, OR
**Defendant must appear in court at that date and time. Failure to pay or appear may result in issuance of a warrant.**

☒ E. Defendant is further sentenced to:
☒ 1. Imprisonment in the custody of the Sheriff/~~Dept. of Corrections~~, for a term of __450__ days/~~months/years~~ with credit for __225__ days served and day-for-day credit/~~truth in sentencing~~.
☐ 2. Work Release/Periodic Imprisonment in the custody of the Sheriff and subject to all rules and fees thereof, with/without day-for-day credit, for a term of _____, days/months commencing _____ (specify schedule on line G below) reverting to straight time if fees not timely paid.
☒ 3. Probation/~~Conditional Discharge/Court Supervision/Voluntary Probation~~ (720 ILCS 550/10 or 570/410) granted subject to the conditions specified in the Certificate of Conditions made a part hereof and probation fees of $__10__ monthly, for a period of __48__ ~~days~~/months.

☒ F. The Court advises defendant of appellate rights, right to counsel and transcript on appeal.
☒ G. Other: __15-CF-27 counts 1-2-3-4-5 are hereby dismissed__
☒ H. __Restitution hearing set for 8-24-16 @ 2:00 p.m.__

Approved: __B.B.__
Entered: __2-24-16__

__Michael P. McCuskey__
Judge of the Tenth Judicial Circuit

COPY

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
MARSHALL COUNTY

PEOPLE OF THE STATE OF ILLINOIS )
　　　　　　　　　　　　Plaintiff )
vs.　　　　　　　　　　　　　　　 )　　Case No 15-CF-27
Brodie J. Brozek　　　　　　　　 )　　Count 6-7-8-9-10
　　　　　　　　　　　　Defendant )

FILED
CIRCUIT COURT MARSHALL COUNTY, IL

FEB 2 4 2016

[signature]
CLERK OF THE CIRCUIT COURT

**PLEA OF GUILTY**

The undersigned defendant respectfully submits a PLEA OF GUILTY to the charge of Agg. Crim Sex Abuse >5 yr. older  class 2 (5 counts) and states that he/she has personally appeared in open court and:

(1) Defendant understands the nature of the charge against him/her.
(2) Defendant understands the maximum penalty to which he/she may be subjected;
(3) Defendant has a right to plead NOT GUILTY or to persist in that plea if it has already been made.
(4) Defendant has a right to plead GUILTY and that if he/she pleads Guilty, there will not be a trial by a Judge or jury, and the right to be confronted with witnesses against him/her.

The defendant further understands that he/she is waiving all of his/her possible defenses. The defendant represents to the Court that no one has exerted any force, threats, or promised to obtain this plea, including the prosecuting attorney, the Judge, or his/her own attorney, if any. The defendant understands the facts alleged in the complaint and is entering a PLEA OF GUILTY because the facts are true and the defendant is in fact GUILTY of the charges. The defendant further understands that he/she has a right to be represented by a lawyer and that if he/she cannot afford a lawyer, or is indigent, the Court will appoint a lawyer to represent him/her free of charge.

The defendant represents his/her age to be __21__

____ The defendant waives his/her right to be represented by a lawyer.

_✓_ The defendant is represented by __M.C.P.D.__, a lawyer of his/her choice.

Signed x[signature]