IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
MARSHALL COUNTY, ILLINOIS

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, )<br>)<br>VS. )<br>) 2015 CF 27<br>)<br>BROZAK, BRODIE J. )<br>(Defendant) ) | **FILED**<br>CIRCUIT COURT MARSHALL COUNTY, IL<br>**JUL 1 8 2017**<br>CLERK OF THE CIRCUIT COURT |

### PETITION TO REVOKE PROBATION

NOW ON this 17th day of July, 2017, comes the State's Attorney of Marshall County, Illinois who hereby petitions and moves this Court to issue a summons to bring the Defendant before this Court for a hearing to revoke Defendant's probation based on the following facts:

1. Defendant tendered a plea of guilty to five counts of AGGRAVATED CRIMINAL SEXUAL ABUSE in violation of SECTION 11-1.60(d) of ACT 5 of CHAPTER 720 of the Illinois Compiled Statutes and was placed on probation by Judge Michael McCuskey on the 24th day of February, 2016.

2. The period of probation is forty eight months and is scheduled to terminate on February 24, 2020.

3. That among the conditions of probation, Defendant was to not violate any criminal statute or ordinance of any jurisdiction during the period of this probation.

4. That the Defendant has willfully violated said terms of probation in that on July 14, 2017, he was charged with Aggravated Criminal Sexual Abuse and Violation of Order of Protection, in Marshall County case 2017 CF 29.

WHEREFORE, the above Petitioner hereby moves and requests this Honorable Court to bring the Defendant, Brodie J Brozak, before this Court for a hearing and to revoke the Defendant's probation.

Respectfully submitted,

_____
Paul E. Bauer
Marshall County State's Attorney

### CERTIFICATION

I, Paul E. Bauer, State's Attorney for the County of Marshall, certify under penalties as provided by law pursuant to section 1-109 of the Code of Civil Procedure of the Illinois Compiled Statutes, that the statements set forth in this instrument are based upon a review of the records of the Circuit Clerk and are true and correct to the best of my knowledge.

_____
Paul E. Bauer

**COPY**

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
MARSHALL COUNTY, ILLINOIS

People of the State of Illinois

Vs.
Brodie J. Brozek                          No. 15-CF-27
Defendant

**FILED**
CIRCUIT COURT MARSHALL COUNTY, IL
JAN 17 2018

Gina M. Noe
CLERK OF THE CIRCUIT COURT

Check if Present:
☒ Defendant  ☒ Defense Counsel  ☒ State's Attorney  ☒ Court Reporter
P.O.            J. Owins                                  S.B.
MC Custody

## FINAL ORDER

This cause coming on to be heard upon the sworn Complaint/Information/Indictment filed herein and the Court being fully advised in the premises finds it has jurisdiction of the defendant and the subject matter hereof and that defendant is present in open court with/has waived his/her right to counsel.

### FINDINGS

☒ 1. The Court finds the defendant's age to be **23**, and:
☐ 2. Being fully advised of his/her rights herein understanding waives his/her right to a jury trial;
☒ 3. Enters a negotiated/~~partially negotiated/open~~ plea of guilty after being informed of the minimum and maximum possible penalties provided by law and the consequences thereof for each charge.
☐ 4. This cause coming on for trial before the jury/court, and the jury/court having considered the testimony of witnesses sworn and examined under oath in open Court and having considered the exhibits admitted into evidence and having heard the arguments of counsel.
☐ 5. Preliminary hearing held; probable cause not found;
☐ 6. Although duly notified of the time and place of hearing and Trial in Absentia, defendant fails to appear;
☐ 7. People/Defendant move(s) to dismiss on grounds of _____
☐ 8. Other: _____

### ORDER

☒ A. Defendant is found guilty of **Pet. to revoke** _____ a class **2-2-2-2-2** offense **5**  1-1-1-1-1
☒ B. Defendant stands convicted of said offense(s).
☐ C. Defendant is found not guilty/discharged, case dismissed with/without leave to reinstate on motion of People/Defendant, bond less bond costs to be applied to outstanding fines, costs, PD fees, and restitution in this Case, and sums due in other cases before this Court; the balance if any, shall be refunded to defendant or assignee therein; outstanding warrant quashed.

### SENTENCE/DISPOSITION

*previously paid in full - No additional fines/costs/fees*

☒ D. Defendant shall pay: fine $_____ (TFC), costs $_____, PD fees $_____ and restitution $_____
Bond less costs ($_____) to apply; balance due $_____. The clerk is to direct restitution to: _____

Said balance due is to be paid through the Clerk of this Court, at the rate of not less than $_____ per month, Commencing ___/___/___, to be paid in full by ___/___/___ at 9:30am, OR
**Defendant must appear in court at that date and time. Failure to pay or appear may result in issuance of a warrant.**

☒ E. Defendant is further sentenced to:
  1. Imprisonment in the custody of the ~~Sheriff~~/Dept of Corrections; for a term of **5** ~~days/months~~/years with credit for **188** days served and ~~day-for-day-credit~~/truth in sentencing.
  2. Work Release/Periodic Imprisonment in the custody of the Sheriff and subject to all rules and fees thereof, With/without day-for-day credit, for a term of _____ days/months commencing _____ (specify schedule on line G below) reverting to straight time if fees not timely paid.
  3. Probation/Conditional Discharge/Court Supervision/Voluntary Probation(720 ILCS 550/10 or 570?410) Granted subject to the conditions specified in the Certificate of Conditions made a part hereof and probation Fees of $_____ monthly, for a period of _____ days/months.

☒ F. The Court advises defendant of appellate rights, right to counsel and transcript on appeal.
☒ G. Other: **Sentence to run concurrent with marshall Co. Case number 17-CF-29. Δ is unsuccessfully discharged from probation.**

Approved: [signature]

Entered: **1-17-18**

[signature]
Judge of the Tenth Judicial Circuit