Marshall County, IL | Case Dispositions                                                                                                                          9/22/23, 2:01 PM

# Marshall County, IL

**NOTICE:** By clicking the 'Search' button below, or otherwise using the Judici.com website

**2017CF29  BROZAK, BRODIE J**                                Last Search  |  Information  |  **Dispositions**  |  History  |  Payments  |  Fines & Fees

| Name | No. | Qualifier | Desc | Type | Date | Plea | Status |
|---|---|---|---|---|---|---|---|
| Count | 1 | | Ticket Number: 6132 | | 06/03/2017 | | |
| Charge | 1 | Committed | AGG CRIM SX AB/>5 YR OLDER VIC | Original | | Guilty | Class 2 Felony |
| Disposition | 1 | | 101 - Guilty | | 01/17/2018 | | |
| Sentence | 1 | | 201 - DOC | 5 years | 01/17/2018 | | Concurrent |
| Sentence | 2 | | 211 - Credit Time Served | 188 days | 01/17/2018 | | In Force |
| Sentence | 3 | | 303 - Costs Only | | 01/17/2018 | | In Force |
| Count | 2 | | Ticket Number: 5624 | | 06/03/2017 | | |
| Charge | 1 | Committed | VIOLATE ORDER PROTECTION | Original | | Guilty | Class A Misdemeanor |
| Disposition | 1 | | 101 - Guilty | | 01/17/2018 | | |
| Sentence | 1 | | 201 - DOC | 5 years | 01/17/2018 | | Concurrent |
| Sentence | 2 | | 211 - Credit Time Served | 188 days | 01/17/2018 | | In Force |
| Sentence | 3 | | 303 - Costs Only | | 01/17/2018 | | In Force |

For questions or comments about this web site, please see our Contacts Page.
Terms of use | Privacy policy
Advertise on Judici.
Copyright © 2002-2023 Judici
Last modified: 2023/09/19 20:58 Version: 3.9.0.656

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
MARSHALL COUNTY, ILLINOIS

FILED
CIRCUIT COURT MARSHALL COUNTY, IL

JAN 17 2018

_[signature]_
CLERK OF THE CIRCUIT COURT

People of the State of Illinois
Vs.
Brodie J. Brozak
Defendant

No. 17-CF-29

**Check if Present:**
☒ Defendant  P.D.   ☒ Defense Counsel  J. Owens ☒ State's Attorney  ☒ Court Reporter S.B.

M.C. Custody

## FINAL ORDER

This cause coming on to be heard upon the sworn Complaint/Information/Indictment filed herein and the Court being fully advised in the premises finds it has jurisdiction of the defendant and the subject matter hereof and that defendant is present in open court with/has waived his/her right to counsel.

### FINDINGS

☒ 1. The Court finds the defendant's age to be 23, and:
☒ 2. Being fully advised of his/her rights herein understanding waives his/her right to a jury trial;
☒ 3. Enters a negotiated/~~partially negotiated/open~~ plea of guilty after being informed of the minimum and maximum possible penalties provided by law and the consequences thereof for each charge.
☐ 4. This cause coming on for trial before the jury/court, and the jury/court having considered the testimony of witnesses sworn and examined under oath in open Court and having considered the exhibits admitted into evidence and having heard the arguments of counsel.
☐ 5. Preliminary hearing held; probable cause not found;
☐ 6. Although duly notified of the time and place of hearing and Trial in Absentia, defendant fails to appear;
☐ 7. People/Defendant move(s) to dismiss on grounds of _____
☐ 8. Other: _____

### ORDER

☒ A. Defendant is found guilty of Agg. Crim Sex. Abuse 25 years, a class 2-4 offense's
☒ B. Defendant stands convicted of said offense(s). Violate O.P. older victim
☐ C. Defendant is found not guilty/discharged, case dismissed with/without leave to reinstate on motion of People/Defendant, bond less bond costs to be applied to outstanding fines, costs, PD fees, and restitution in this Case, and sums due in other cases before this Court; the balance if any, shall be refunded to defendant or assignee therein; outstanding warrant quashed.

### SENTENCE/DISPOSITION

☒ D. Defendant shall pay: fine $_____ (TFC), costs $734, PD fees $300 and restitution $0
Bond less costs ($_____) to apply; balance due $1034. The clerk is to direct restitution to:_____

Said balance due is to be paid through the Clerk of this Court, at the rate of not less than $_____ per month, Commencing ___/___/___, to be paid in full by ___/___/___ at 9:30am, OR
**Defendant must appear in court at that date and time. Failure to pay or appear may result in issuance of a warrant.**

☒ E. Defendant is further sentenced to:
  ☒ 1. Imprisonment in the custody of the ~~Sheriff~~/Dept of Corrections; for a term of 5 ~~days/months~~/years with credit for 188 days served and ~~day-for-day credit~~/truth in sentencing.
  2. Work Release/Periodic Imprisonment in the custody of the Sheriff and subject to all rules and fees thereof, With/without day-for-day credit, for a term of _____ days/months commencing _____ (specify schedule on line G below) reverting to straight time if fees not timely paid.
  3. Probation/Conditional Discharge/Court Supervision/Voluntary Probation(720 ILCS 550/10 or 570?410) Granted subject to the conditions specified in the Certificate of Conditions made a part hereof and probation Fees of $_____ monthly, for a period of _____ days/months.

☒ F. The Court advises defendant of appellate rights, right to counsel and transcript on appeal.
☒ G. Other: Sentence to run concurrent with Marshall Co. Case number 15-CF-27

Approved: _[signature]_

Entered: 1-17-18

_[signature]_
Judge of the Tenth Judicial Circuit