IN THE CIRCUIT COURT OF MARSHALL COUNTY, ILLINOIS
TENTH JUDICIAL CIRCUIT

PEOPLE OF THE STATE OF ILLINOIS )
versus ) Case No. 15CF 27  Date of Sentence: 01/17/2018
 ) Date of Birth: 04/13/1994 (Defendant)
BRODIE J. BROZAK )
Defendant

VICTIM - 06/28/2000

**FILED**
CIRCUIT COURT MARSHALL COUNTY, IL
JAN 17 2018

Rena M. Poe
CLERK OF THE CIRCUIT COURT

## JUDGMENT – SENTENCE TO ILLINOIS DEPARTMENT OF CORRECTIONS

WHEREAS the above-named defendant has been adjudged guilty of the offenses enumerated below; IT IS THEREFORE ORDERED that the defendant be and hereby is sentenced to confinement in the Illinois Department of Corrections for the term of years and months specified for each offense.

| COUNT | OFFENSE | DATE OF OFFENSE | STATUTORY CITATION | CLASS | SENTENCE | MSR |
|---|---|---|---|---|---|---|
| I | CRIMINAL SEXUAL ASSAULT | 7/24/14 to 6/12/15 | 720 ILCS 5/11-1.20(a)(6) | 1 | 5 Yrs. 0 Mos. | 2 Yrs. |

To run (concurrent with) (consecutively to) count(s) _____ and served at 50%, 75%, (85%) 100% pursuant to 730 ILCS 5/3-6-3

| | AGG. CRIMINAL SEXUAL ABUSE | 7/14/14 to 6/12/15 | 720 ILCS 5/11-1.60(d) | 2 | 5 Yrs. 0 Mos. | 2 Yrs. |

To run (concurrent with) (consecutively to) count(s) _____ and served at 50%, 75%, (85%) 100% pursuant to 730 ILCS 5/3-6-3

This Court finds that the defendant is:

_____ Convicted of a class _____ offense but sentenced as a Class X offender pursuant to 730 ILCS 5/5-4.5-95(b).

The Court further finds that the defendant is entitled to receive credit for time actually served in custody (of **188** days as of the date of this order) from (specify dates) 07/14/2017 To 01/17/18 _____. The defendant is also entitled to receive credit for the additional time served in custody from the date of this order until defendant is received at the Illinois Department of Corrections.

_____ The Court further finds that the conduct leading to conviction for the offenses enumerated in counts _____ resulted in great bodily harm to the victim. (730 ILCS 5/3-6-3(a)(2)(iii)).

_____ The Court further finds that the defendant meets the eligibility requirements for possible placement in the Impact Incarceration Program. (730 ILCS 5/5-4-1(a)).

_____ The Court further finds that offense was committed as a result of the use of, abuse of, or addiction to alcohol or a controlled substance and recommends the defendant for placement in a substance abuse program. (730 ILCS 5/5-4-1(a)).

_____ The defendant successfully completed a full-time (60-day or longer) Pre-Trial Program ____ Educational/Vocational ____ Substance Abuse ____ Behavior Modification ____ Life Skills ____ Re-Entry Planning – provided by the county jail while held in pre-trial detention prior to this commitment and is eligible for sentence credit in accordance with 730 ILCS 5/3-6-3(a)(4). THEREFORE IT IS ORDERED that the defendant shall be awarded additional sentence credit as follows: total number of days in identified program(s) _____ x 1.50 (1.25 for program participation before August 11, 1993) = _____ days, if not previously awarded.

_____ The defendant passed the high school level test for General Education and Development (GED) on _____ while held in pre-trial detention prior to this commitment and is eligible to receive Pre-Trial GED Program Credit in accordance with 730 ILCS 5/3-6-3(a)(4.1). THEREFORE IT IS ORDERED that the defendant shall be awarded 60 days of additional sentence credit, if not previously awarded.

**X** IT IS FURTHER ORDERED the sentence(s) imposed on count(s) **I** be (concurrent with) (consecutive to) the sentence imposed in case number **17CF29** in the Circuit Court of **MARSHALL** County.

**X** IT IS FURTHER ORDERED that Defendant is ordered to pay fines/costs totaling $_____ to be paid, in part, out of any and all inmate funds that Defendant has with IDOC. Payments are to be made directly to Marshall County Circuit Clerk, P.O. Box 328, Lacon, IL 61540.

_____ IT IS FURTHER ORDERED that _____

The Clerk of the Court shall deliver a certified copy of this order to the Sheriff. The Sheriff shall take the defendant into custody and deliver defendant to the Department of Corrections which shall confine said defendant until expiration of this sentence or until otherwise released by operation of law.

This order is (**XXX** effective immediately) (_____ stayed until _____).

DATE: 01/17/18     ENTER: _____
Hon. Thomas A. Keith
Hon. STEPHEN A Kouri