IN THE CIRCUIT COURT OF MARSHALL COUNTY, ILLINOIS
TENTH JUDICIAL CIRCUIT

PEOPLE OF THE STATE OF ILLINOIS )
versus ) Case No. 17CF29   Date of Sentence 01 17 2018   Date of Birth: 04 13 1999 (Defendant)   VICTIM - 06 28 2000

Brodie J. Brozak

Defendant

FILED
CIRCUIT COURT MARSHALL COUNTY, IL
JAN 17 2018

## JUDGMENT – SENTENCE TO ILLINOIS DEPARTMENT OF CORRECTIONS

WHEREAS the above-named defendant has been adjudged guilty of the offenses enumerated below; IT IS THEREFORE ORDERED that the defendant be and hereby is sentenced to confinement in the Illinois Department of Corrections for the term of years and months specified for each offense.

CLERK OF THE CIRCUIT COURT

| COUNT | OFFENSE | DATE OF OFFENSE | STATUTORY CITATION | CLASS | SENTENCE | MSR |
|---|---|---|---|---|---|---|
| 1 | AGG. CRIM. SEXUAL ABUSE | 6/3/2017 | 720 ILCS 5/11-601(A) | 2 | 5 Yrs. 0 Mos. | 2 Yrs. |

To run (concurrent with) (consecutively to) count(s)_____ and served at 50%, 75%, (85%), 100% pursuant to 730 ILCS 5/3-6-3

_____ Yrs. _____ Mos. _____ Yrs.
To run (concurrent with) (consecutively to) count(s)_____ and served at 50%, 75%, 85%, 100% pursuant to 730 ILCS 5/3-6-3

This Court finds that the defendant is:

_____ Convicted of a class _____ offense but sentenced as a Class X offender pursuant to 730 ILCS 5/5-4.5-95(b).

The Court further finds that the defendant is entitled to receive credit for time actually served in custody (of 188 days as of the date of this order) from (specify dates) 7/14/2017 To 1/17/18. The defendant is also entitled to receive credit for the additional time served in custody from the date of this order until defendant is received at the Illinois Department of Corrections.

_____ The Court further finds that the conduct leading to conviction for the offenses enumerated in counts _____ resulted in great bodily harm to the victim. (730 ILCS 5/3-6-3(a)(2)(iii)).

_____ The Court further finds that the defendant meets the eligibility requirements for possible placement in the Impact Incarceration Program. (730 ILCS 5/5-4-1(a)).

_____ The Court further finds that offense was committed as a result of the use of, abuse of, or addiction to alcohol or a controlled substance and recommends the defendant for placement in a substance abuse program. (730 ILCS 5/5-4-1(a)).

_____ The defendant successfully completed a full-time (60-day or longer) Pre-Trial Program ___ Educational/Vocational ___ Substance Abuse ___ Behavior Modification ___ Life Skills ___ Re-Entry Planning – provided by the county jail while held in pre-trial detention prior to this commitment and is eligible for sentence credit in accordance with 730 ILCS 5/3-6-3(a)(4). THEREFORE IT IS ORDERED that the defendant shall be awarded additional sentence credit as follows: total number of days in identified program(s)_____ x 1.50 (1.25 for program participation before August 11, 1993) = _____ days, if not previously awarded.

_____ The defendant passed the high school level test for General Education and Development (GED) on _____ while held in pre-trial detention prior to this commitment and is eligible to receive Pre-Trial GED Program Credit in accordance with 730 ILCS 5/3-6-3(a)(4.1). THEREFORE IT IS ORDERED that the defendant shall be awarded 60 days of additional sentence credit, if not previously awarded.

__X__ IT IS FURTHER ORDERED the sentence(s) imposed on count(s) __I-2__ be (concurrent with) (consecutive to) the sentence imposed in case number 15CF27 in the Circuit Court of Marshall County.

__X__ IT IS FURTHER ORDERED that Defendant is ordered to pay fines/costs totaling $_____ to be paid, in part, out of any and all inmate funds that Defendant has with IDOC. Payments are to be made directly to Marshall County Circuit Clerk, P.O. Box 328, Lacon, IL 61540.

_____ IT IS FURTHER ORDERED that _____

*The Clerk of the Court shall deliver a certified copy of this order to the Sheriff. The Sheriff shall take the defendant into custody and deliver defendant to the Department of Corrections which shall confine said defendant until expiration of this sentence or until otherwise released by operation of law.*

This order is ( XXX effective immediately) ( _____ stayed until _____ ).

DATE: 01/17/18                ENTER: _____
                                              Hon. Stephen A. Kouri

Approved by Conference of Chief Judges 6/20/14